IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | Criminal No. 2:26-cr-204 |
| | ) | |
| v. | ) | (21 U.S.C. §§ 841(a)(1), 841(b)(1)(B)(ii), |
| | ) | & 846) |
| SHAMEL ABDUL BEY | ) | |

**INFORMATION**

**COUNT ONE**

The United States Attorney charges:

From at least in and around 2023, and continuing thereafter to on or about February 4, 2026, in the Western District of Pennsylvania and elsewhere, the defendant, SHAMEL ABDUL BEY, did knowingly, intentionally and unlawfully conspire with persons both known and unknown to the United States, to possess with intent to distribute and distribute five kilograms or more of cocaine, a Schedule II controlled substance, contrary to the provisions of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1).

In violation of Title 21, United States Code, Section 846.

**COUNT TWO**

The United States Attorney further charges:

On or about February 4, 2026, in the Western District of Pennsylvania, the defendant, SHAMEL ABDUL BEY, did knowingly, intentionally and unlawfully possess with intent to distribute a controlled substance, in violation of 21 U.S.C. § 841(a)(1); and the violation involved 500 grams or more of a mixture or substance containing a detectable amount of cocaine, a Schedule II controlled substance (Title 21, United States Code, Section 841(b)(1)(B)(ii)).

In violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(B)(ii).

**NOTICE OF SPECIAL FINDINGS**

The United States Attorney further charges that the defendant, SHAMEL ABDUL BEY:

1. was previously convicted and sentenced on or about June 22, 2011, in the Court of Common Pleas of Allegheny County, Pennsylvania, at each of docket numbers CP-02-CR-0010359-2010, CP-02-CR-0016900-2010, and CP-02-CR-0016965-2010, of the crime of manufacture, delivery, or possession with intent to manufacture or deliver a controlled substance, in violation of 35 P.S. § 780-113(a)(30) (a serious drug felony under 21 U.S.C. § 802(58));

2. served a term of imprisonment of more than twelve months for each of the offenses described above; and

3. was released from any term of imprisonment for each of the offenses described above within fifteen years of the commencement of each of the offenses charged in this Information.

**FORFEITURE ALLEGATION**

The United States hereby gives notice to the defendant that upon his conviction of any of the offenses charged in this Information, the government will seek forfeiture in accordance with Title 21, United States Code, Sections 853(a)(1) and 853(a)(2), which requires any person convicted of such offenses to forfeit to the United States of America any property constituting, or derived from, any proceeds the defendant obtained, directly or indirectly, from the commission of such offenses, and any property used, or intended to be used, in any manner and part, to commit, and to facilitate the commission of, such offenses, including, but not limited to, a 10-karat white and rose gold "tennis necklace" and a Tag Heuer Carrea Watch 1887 bearing Serial No. WE26028.

TROY RIVETTI
United States Attorney
PA ID No. 56816

JEROME A. MOSCHETTA
Assistant United States Attorney
PA ID No. 203965